AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

FILED
CLERK U.S DISTRICT COURT
NOV 18 2015
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

| | |
|---|---|
| SUPERHUMAN INTERNATIONAL PTY LTD. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 15-22690-CIV-ALTONAGA |
| BENJAMIN FORREST MCCONLEY, et al. ) | |
| *Defendant* ) | 2:15-mc-00282 UA |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* __10/07/2015__.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: __11/09/2015__

CLERK OF COURT   Steven M. Larimore

_____
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-22690-CIV-ALTONAGA/O'Sullivan

SUPERHUMAN
INTERNATIONAL PTY, LTD.,

      Plaintiff,
v.

BENJAMIN FORREST
MCCONLEY, *et al.*,

      Defendants.
_____/

## AMENDED FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58 and in accordance with the Court's Order [ECF No. 42], entered separately on this date, granting Plaintiff, Superhuman International Pty, Ltd.'s Motion to Correct, Alter or Amend Final Judgment . . . [ECF No. 41], it is

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff, Superhuman International Pty, Ltd. whose address is Unit 406, 1A Tusculum Street, Potts Point NSW 2011, Australia, c/o COHEN | RUIZ P.A., 201 S. Biscayne Blvd., Ste. 850, Miami, Florida 33131, shall recover from the Defendants, Benjamin Forrest McConley, Aaron McConley, Jason Van Eman, Forrest Capital Partners, Inc., and Weather Vane Productions, Inc., jointly and severally, the full sum of USD $1,678,094.13, consisting of $1,673,094.13 in remaining funds due pursuant to the Settlement Agreement [ECF No. 37-1] and $5,000 in attorney's fees, for which let execution issue.

2. This judgment shall bear interest at the rate prescribed by 28 U.S.C. section 1961, and shall be enforceable as prescribed by Rule 69(a) of the Federal Rules of Civil Procedure.

*Certified to be a true and correct copy of the document on file*
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida
By: Martha Diaz
Deputy Clerk
Date: 11/9/15

Case 2:15-mc-00282-UA   Document 1   Filed 11/18/15   Page 3 of 4   Page ID #:3
Case 1:15-cv-22690-CMA   Document 43   Entered on FLSD Docket 10/07/2015   Page 2 of 2

CASE NO. 15-22690-CIV-ALTONAGA/O'Sullivan

3. The Court retains jurisdiction over this cause and over the parties for the purpose of entering all further post-judgment orders that are just and proper.

**DONE AND ORDERED** in Miami, Florida, this 7th day of October, 2015.

*Cecilia M. Altonaga*
_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record

# COHEN | RUIZ P.A.

ATTORNEYS AT LAW

Miami Center • Suite 850
201 South Biscayne Boulevard, Miami, Florida 33131-4326

7010 1870 0003 1284 3320

CERTIFIED MAIL

RECEIVED
CLERK, U.S. DISTRICT COURT
NOV 16 2015
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Clerk of the Court
United States District Court
Central District of California
United States Courthouse
312 North Spring Street
Los Angeles, CA 90012-4701



U.S. POSTAGE
PAID
MIAMI, FL
33131
NOV 12, 15
AMOUNT
$6.96
00128175-08



UNITED STATES POSTAL SERVICE
1000
90012